U.S. Department of Justice
Immigration and Naturalization Service

# Notice of Action

## THE UNITED STATES OF AMERICA

| Receipt with Exception | | | NOTICE DATE<br>October 03, 2003 |
|---|---|---|---|
| **CASE TYPE**<br>N400   Application For Naturalization | | | **INS A#**<br>A 074 832 677 |
| **APPLICATION NUMBER**<br>ESC*001091797 | **RECEIVED DATE**<br>September 10, 2003 | **PRIORITY DATE**<br>September 10, 2003 | **PAGE**<br>1 of 1 |

**APPLICANT NAME AND MAILING ADDRESS**
NIKOLAI VICTOROVICH CHERNYY
c/o JAMES D ALEXANDER ESQ
MAGGIO & KATTAR PC
11 DUPONT CIRCLE NW ST 775
WASHINGTON DC 20036

**PAYMENT INFORMATION:**

Single Application Fee:      $310.00
Total Amount Received:    $310.00
Total Balance Due:              $0.00

The above application has been received by our office and is in process, but has been noted with one or more of the following exception(s):
Missing Evidence(s) - your application was missing evidence(s) that you will need to provide at the time of your naturalization interview. You will be notified under separate notice of the necessary evidence(s) that you will be required to bring to your interview. Do not submit any evidence(s) by mail.

Our records indicate your personal information is as follows:
Date of Birth:                  1982
Address Where You Live:   2120 OBSERVATORY PLACE NW
                                        WASHINGTON DC 20007

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office. You should expect to be notified within 90 days of this notice.

**IMPORTANT NOTICE:**     All naturalization applicants who were between the ages of 14-75 at the time of filing must have their fingerprints taken at an INS Application Support Center (ASC) so they can be submitted to the Federal Bureau of Investigation for a criminal history check. If we received your application without a fingerprint card (FD-258), or your fingerprint card was received on or after December 3, 1997, you will need to go to an ASC to be fingerprinted. Do not have your fingerprints taken anywhere else. You will receive a notice that will provide you with information about when and where to go to have your fingerprints taken, and what you will need to bring with you. Please inform the office listed below immediately of any address changes.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**.

If you have access to the Internet, you can also visit INS at www.ins.usdoj.gov. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
75 LOWER WELDEN STREET
ST ALBANS VT 05479-

**INS Customer Service Number:**
(800) 375-5283

REPRESENTATIVE COPY