Department of Homeland Security
U.S. Citizenship and Immigration Serv

**I-797C, Notice of Action**

| | |
|---|---|
| Request for Applicant to Appear for Naturalization Initial Interview | NOTICE DATE<br>October 19, 2004 |
| CASE TYPE<br>N400   Application For Naturalization | INS A#<br>A 074 832 677 |
| APPLICATION NUMBER<br>ESC*001091797 | RECEIVED DATE<br>September 10, 2003 | PRIORITY DATE<br>September 10, 2003 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
NIKOLAI VICTOROVICH CHERNYY
c/o JAMES D ALEXANDER ESQ
MAGGIO & KATTAR PC
11 DUPONT CIRCLE NW ST 775
WASHINGTON DC 20036

Please come to:
U.S.C.I.S.
2675 PROSPERITY AVENUE
2ND FLOOR
ROOM 200
FAIRFAX VA 22031
On (Date): Wednesday, December 15, 2004
At (Time): 01:20 PM

You are hereby notified to appear for an interview on your Application for Naturalization at the date, time, and place indicated above. **Waiting room capacity is limited. Please do not arrive any earlier than 30 minutes before your scheduled appointment time.** The proceeding will take about two hours. If for any reason you cannot keep this appointment, return this letter immediately to the INS office address listed below with your explanation and a request for a new appointment; otherwise, no further action will be taken on your application.

If you are applying for citizenship for yourself, you will be tested on your knowledge of the government and history of the United States. You will also be tested on reading, writing, and speaking English, unless on the day you filed your application, you have been living in the United States for a total of at least 20 years as a lawful permanent resident and are over 50 years old, or you have been living in the United States for a total of 15 years as a lawful permanent resident and are over 55 years old, or unless you have a medically determinable disability (you must have filed form N648 Medical Certification for Disability Exception, with your N400 Application for Naturalization).

You MUST BRING the following with you to the interview:
- This letter.
- Your Alien Registration Card (green card).
- Any evidence of Selective Service Registration.
- Your passport and/or any other documents you used in connection with any entries into the United States.
- Those items noted below which are applicable to you:

If applying for NATURALIZATION AS THE SPOUSE of a United States Citizen;
- Your marriage certificate.
- Proof of death or divorce for each prior marriage of yourself or spouse.
- Your spouse's birth or naturalization certificate or certificate of citizenship.

If applying for NATURALIZATION as a member of the United States Armed Forces;
- Your discharge certificate, or form DD 214.

If copies of a document were submitted as evidence with your N400 application, the originals of those documents should be brought to the interview.

**PLEASE keep this appointment, even if you do not have all the items indicated above.**

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

INS Office Address:
US IMMIGRATION AND NATURALIZATION SERVICE
2ND FLOOR
2675 PROSPERITY AVENUE
FAIRFAX VA 22031-

INS Customer Service Number:
(800) 375-5283

REPRESENTATIVE COPY

