

| | | | |
|---|---|---|---|
| **MAGGIO KATTAR** | Immigration and Nationality Attorneys | 11 Dupont Circle, NW Suite 775 Washington, DC 20036 | 202.483.0053 tel 202.483.6801 fax www.maggio-kattar.com |

Our File No: 03-518

February 1, 2005

Department of Homeland Security
U.S. Citizenship and Immigration Services
2675 Prosperity Avenue
Fairfax, VA 22031

RE: ESC*001091794, Victor CHERNYY, A74 832 676
ESC*001091797, Nikolai CHERNYY, A74 832 677

Dear Sir or Madam:

We are currently awaiting security clearances for the above-referenced cases in order to proceed with scheduling a swearing-in ceremony. Victor and Nikolai Chernyy had their respective naturalization interviews on **December 15, 2004** and have yet to receive security clearances. We request that CIS resubmit its security clearance requests, as it is very possible that the first ones are lost or forgotten.

We appreciate and thank you for your attention to this matter.

Sincerely,

MAGGIO & KATTAR

James D. Alexander

cc: Mr. Victor Chernyy, Mr. Nikolai Chernyy

JDA/efk
g:clients/C/Chernyy, V/secrty clear. req 2

Michael Maggio        Andrés C. Benach*    *Not admitted in
Alison J. Brown*      Maxine Bayley