

| MAGGIO KATTAR | Immigration and Nationality Attorneys | 11 Dupont Circle, NW Suite 775 Washington, DC 20036 | 202.483.0053 tel 202.483.6801 fax www.maggio-kattar.com |

Our File No. 03-518

August 26, 2005

**By Certified Mail #7003 3110 0002 8194 0562**

U.S. Department of Homeland Security
Citizenship and Immigration Services
Washington District Office
2675 Prosperity Avenue
Fairfax, VA  22031

RE:   ESC*001091794, Victor V. CHERNYY, A74 832 676
      **APPLICATION FOR NATURALIZATION**

Dear Sir/Madam:

The naturalization interview for our client, Victor Chernyy, took place on December 15, 2004. A decision could not be made at that time of this interview because the security name check for Mr. Chernyy had not yet been completed. Even though over **240 days** have elapsed since Mr. Chernyy's interview we are yet to receive a decision from your office. Enclosed please find a copy of Mr. Chernyy's Naturalization Interview Results Form N-652 for your reference.

We will greatly appreciate it if you could look further into this matter and render a decision in Mr. Chernyy's naturalization application as soon as possible. Moreover, kindly proceed to schedule Mr. Chernyy's Naturalization Oath Ceremony immediately after the approval of his application.

Thank you for your kind and prompt attention to this matter.

Sincerely,

MAGGIO KATTAR

James D. Alexander

Enclosure:  As stated.
cc:   Victor Chernyy

JA/mr
g:/Clients/C/Chernyy, Victor/USCIS inquiry regarding delay in processing N-400 Aug. 05

| Alison J. Brown* | Maxine Bayley | *Not admitted in |
| Elizabeth A. Quinn* | Melissa Frisk* | Washington, DC |
| James Alexander* | Cora Tekach | |