## Eleanor Kaufman

**From:** Eleanor Kaufman
**Sent:** Tuesday, October 18, 2005 11:57 AM
**To:** 'vvc@cyber-us.com'
**Cc:** Jim Alexander
**Subject:** FW: Request for Completion of Security

Dear Mr. Chernyy:

Please see below e-mail sent to the FBI from Jim regarding your security clearances.

We will update you with any response from the FBI or CIS.

Sincerely,

Eleanor Kaufman,
Adminstrative Assistant

MAGGIO & KATTAR

Phone: (202) 483-0053
Fax: (202) 483-6801

11 Dupont Circle NW, Suite 775
Washington, D.C. 20036

---

**From:** Jim Alexander
**Sent:** Tuesday, October 18, 2005 11:50 AM
**To:** Fbinncp@IC.fbi.gov
**Cc:** Jim Alexander; Eleanor Kaufman
**Subject:** Request for Completion of Security

### Subject: Request To Provide Security Clearances

*Via E-Mail: Fbinncp@IC.fbi.gov*

Re:   Victor CHERNYY; A74 832 676; ESC*001091794
      Nikolai CHERNYY; A74 832 677; ESC*001091797
      **Request for Completion of Security Check**

Dear Sir or Madam:

I write to respectfully request that your office provide CIS with the security clearances for our above-referenced clients. Mr. Cherny and his son have had naturalization applications pending with Citizenship and Immigration Services since September 10, 2003. CIS was unable to make a decision following their naturalization interviews on December 15, 2004 as the FBI had not yet completed their security clearances.

Kindly provide us with a status update as to where this case is in the security clearance process. If the delay is due to the CIS requests being misplaced please notify us immediately so that we may request that CIS reissue security requests. We thank you for your time and attention to this matter. Please let us know if you have any questions.