## Eleanor Kaufman

**From:** Eleanor Kaufman
**Sent:** Wednesday, March 29, 2006 1:56 PM
**To:** 'vvc@cyber-us.com'
**Cc:** Jim Alexander
**Subject:** INFOPASS Appointment

Dear Mr. Chernyy:

I attended an INFOPASS appointment yesterday at the Washington CIS office. The officer I spoke with confirmed that your case is still awaiting FBI security clearance. I am sorry that I do not have any more information for you at this time. The officer reiterated what we have been told in the past, that the FBI checks are out of CIS' hands.

We will certainly update you as soon as we receive any further information.

Regards,

Eleanor Kaufman,
Legal Assistant
Maggio & Kattar
11 Dupont Circle N.W. Suite 775
Washington D.C. 20036
Phone: (202) 483-0053
Fax: (202) 483-6801
Email: ekaufman@maggio-kattar.com
Website: www.maggio-kattar.com

**PRIVATE AND CONFIDENTIAL:** This document is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable laws. If the recipient of this transmission is not the designated recipient or the employee or agent responsible for delivering this transmission to the designated recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please notify us immediately and promptly destroy the original transmission.