

May 10, 2006
U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
Washington District Office
2675 Prosperity Avenue
Fairfax, VA 22031

Attention: <u>Officer Choi or To Whom It May Concern</u>

RE: ESC* 001091794, Victor V. Chernyy, A74832676
    APPLICATION FOR NATURALIZATION


Dear Sir,

   I write, pursuant to the Naturalization Interview Results (N-652, Important Note #4), this letter in order to bring to your esteemed attention the fact that my Alien Residence Card expires on 02.12.2007 (See Exhibit I)
   As far as I know the USCIS is still awaiting results of my name check request. Taking into account the constant great volume of name checks, combined with the FBI's current work on processing residual name checks and the NNCP's limited resources it may happen that I will be out of status before the adjudication process is completed. Such a development greatly concerns me as I expect serious implications for me and my family. I understand that as a result I will not have a formal authority to work in the United States. Besides I will not be able to travel to the Crimea, Ukraine to meet with my beloved wife and the junior son (See Exhibit II). Also I will be deprived of the privilege to drive in the U.S. I have just renewed my driver's license. Based on my ARC's expiration date DC DMV renewed my DL until 1/12/2007. Now I have DL that is valid for eight months only (regular renewal term is five years). (See Exhibit III)
   In the situation could you, please, initiate a request to the appropriate FBI's division in order to expedite my name check? On the FBI's website page related to the NNCP – Frequently Asked Questions- it is said that "Customer agencies will occasionally request expedited handling of specific name checks. Criteria used to determine which name checks receive expedited handlings are internal matters of each customer agency." "The FBI wills only response to status inquiries from its customer agencies." At the same time it is advised not to contact regarding such matters Congressional representative or the FBI's Office of Congressional Affaires or the NNCP directly as it will not contribute to the expediting of a name check. That is why the USCIS is my only hope to move my case ahead.
   Just in case, I filed with the FBI's CJIS Division a request for my identification record. However, I am not sure to what extent it may be helpful.
   My application for naturalization was filed in September 2003 and the naturalization interview took place on December 15, 2004.

---

Victor V.Chernyy   2120 Observatory Place, N.W. Washington D.C. 20007

Please, advise what I am supposed to do.
Your kind and prompt attention to this matter will be highly appreciated.

Kind regards,


Victor Chernyy

---

Victor V.Chernyy  2120 Observatory Place, N.W. Washington D.C. 20007