

| | | | |
|---|---|---|---|
| **MAGGIO KATTAR** | Immigration and Nationality Attorneys | 11 Dupont Circle, NW<br>Suite 775<br>Washington, DC 20036 | 202.483.0053 tel<br>202.483.6801 fax<br>www.maggio-kattar.com |

Our File No: 03-518

June 28, 2006

Department of Homeland Security
U.S. Citizenship and Immigration Services
2675 Prosperity Avenue
Fairfax, VA 22031

RE:   <u>ESC*001091794, Victor CHERNYY, A74 832 676</u>
      <u>ESC*001091797, Nikolai CHERNYY, A74 832 677</u>

Dear Sir or Madam:

This is to request a status update of the current status of our above-referenced clients naturalization applications. They both appeared for their respective interviews on December 15, 2004, but to this date, your office is yet to schedule them for their Oath Ceremony.

Thank you for your kind attention to this matter.

Sincerely,

MAGGIO & KATTAR, P.C.

James D. Alexander

cc: Victor & Nikolai Chernyy

JDA/mr
G:/Clients/C/Chernyy, Victor/Request for status update from CIS

Michael Maggio
Alison J. Brown*
Elizabeth A. Quinn*
James Alexander*

Andrés C. Benach*
Maxine Bayley
Melissa Frisk*
Cora Tekach

Sandra Grossman*
John Nahajzer
Amy R. Novick

*Not admitted in Washington, DC