

**Name:** Victor Vasilyivich Chernyy

**Appointment Type:** Question about case

**Confirmation No.:** WAS-06-21355

**Authentication Code:** 5ff3

**Appointment Date:** August 7, 2006

**Appointment Time:** 10:30 AM

**Location:** 2675 PROSPERITY AVENUE, Fairfax, VA 22031; LOBBY - Room 102

**This is your Confirmation Number:**



*WAS-06-21355*

## If you wish to cancel this appointment, you will need the following Personal Identification Number:

48927

Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.

- You must appear in person and bring photo identification along with this appointment letter.
- Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)
- In order to serve you more efficiently, we require you to bring all applicable immigration forms, letters, receipts, translations and originals of supporting documents.
- US CIS new address is 2675 Prosperity Avenue, Fairfax, VA 22031