U.S. Department of Justice  
Immigration and Naturalization Service

OMB No. 1115-0009  
**Application for Naturalization**

Print clearly or type your answers using CAPITAL letters. Failure to print clearly may delay your application. Use black or blue ink.

### Part 1. Your Name *(The Person Applying for Naturalization)*

Write your INS "A"- number here:  
A  A074 832 677

**FOR INS USE ONLY**

Bar Code | Date Stamp

Remarks

Action

A. Your current legal name.

Family Name *(Last Name)*: CHERNYY

Given Name *(First Name)*: Nikolai  
Full Middle Name *(If applicable)*: Victorovich

B. Your name **exactly** as it appears on your Permanent Resident Card.

Family Name *(Last Name)*: Chernyy

Given Name *(First Name)*: Nikolai  
Full Middle Name *(If applicable)*: V.

C. If you have ever used other names, provide them below.

| Family Name *(Last Name)* | Given Name *(First Name)* | Middle Name |
|---|---|---|
| Chernyy | Nick | Victor |
| Cherny | Nikolay | |
| | | |

D. Name change *(optional)*

Please read the Instructions before you decide whether to change your name.

1. Would you like to legally change your name?  ☐ Yes  ☒ No
2. If "Yes," print the new name you would like to use. Do not use initials or abbreviation when writing your new name.

Family Name *(Last Name)*: 

Given Name *(First Name)*:           Full Middle Name:

### Part 2. Information About Your Eligibility  *(Check Only One)*

I am at least 18 years old AND

A. ☒ I have been a Lawful Permanent Resident of the United States for at least 5 years.

B. ☐ I have been a Lawful Permanent Resident of the United States for at least 3 years, AND I have been married to and living with the same U.S. citizen for the last 3 years AND my spouse has been a U.S. citizen for the last 3 years.

C. ☐ I am applying on the basis of qualifying military service.

D. ☐ Other *(Please explain)* _____

Form N-400 (Rev. 05/31/01)N

### Part 3. Information About You

Write your INS "A"- number here:
A **A074 832 677**

A. Social Security Number: `-3870`

B. Date of Birth (Month/Day/Year): `1982`

C. Date You Became a Permanent Resident (Month/Day/Year): `01/15/1997`

D. Country of Birth: **U.S.S.R.**

E. Country of Nationality: **Russian Federation**

F. Are either of your parents U.S. citizens? (if yes, see Instructions)  ☐ Yes  ☒ No

G. What is your current marital status?  ☒ Single, Never Married  ☐ Married  ☐ Divorced  ☐ Widowed

☐ Marriage Annulled or Other (Explain) _____

H. Are you requesting a waiver of the English and/or U.S. History and Government requirements based on a disability or impairment and attaching a Form N-648 with your application?  ☐ Yes  ☒ No

I. Are you requesting an accommodation to the naturalization process because of a disability or impairment? (See Instructions for some examples of accommodations.)  ☐ Yes  ☒ No

If you answered "Yes", check the box below that applies:

☐ I am deaf or hearing impaired and need a sign language interpreter who users the following language: _____

☐ I use a wheelchair.

☐ I am blind or sight impaired.

☐ I will need another type of accommodation. Please explain: _____

### Part 4. Addresses and Telephone Numbers

A. Home Address - Street Number and Name (Do NOT write a P.O. Box in this space): **2120 Observatory Place, N.W.**

Apartment Number: 

City: **Washington**   County:    State: **D.C.**   ZIP Code: **20007**   Country: **U.S.A.**

B. Care of:    Mail Address - Street Number and Name (If different from home address):    Apartment Number:

City:    State:    ZIP Code:    Country:

C. Daytime Phone Number (If any): **(202)744-4910**   Evening Phone Number (If any): **(202)744-4910**   E-mail Address (If any): **nchernyy@gmu.edu**

Form N-400 (Rev. 05/31/01)N Page 2

**Part 5. Information for Criminal Records Search**

Write your INS "A"- number here:
A **A074 832 677**

Note: The categories below are those required by the FBI. See Instructions for more information.

A. Gender
- [X] Male
- [ ] Female

B. Height
**6'0"** Feet Inches

C. Weight
**230** Pounds

D. Race
- [X] White
- [ ] Asian or Pacific Islander
- [ ] Black
- [ ] American Indian or Alaskan Native
- [ ] Unknown

E. Hair color
- [ ] Black
- [ ] Brown
- [X] Blonde
- [ ] Gray
- [ ] White
- [ ] Red
- [ ] Sandy
- [ ] Bald (No Hair)

F. Eye color
- [ ] Brown
- [ ] Blue
- [X] Green
- [ ] Hazel
- [ ] Gray
- [ ] Black
- [ ] Pink
- [ ] Maroon
- [ ] Other

**Part 6. Information About Your Residence and Employment**

A. Where have you lived during the last 5 years? Begin with where you live now and then list every place you lived for the last 5 years. If you need more space, use a separate sheet of paper.

| Street Number and Name, Apartment Number, City, State, Zip Code and Country | Dates (Month/Year) From | To |
|---|---|---|
| Current Home Address - Same as Part 4.A | 08/1997 | Present |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

B. Where have you worked (or, if you were a student, what schools did you attend) during the last 5 years? Include military service. Begin with your current or latest employer and then list every place you have worked or studied for the last 5 years. If you need more space, use a separate sheet of paper.

| Employer or School Name | Employer or School Address (Street, City and State) | Dates (Month/Year) From | To | Your Occupation |
|---|---|---|---|---|
| Cyber-US, Inc. | 1800 Diagonal Rd., Alexandria VA | 01/1996 | present | Systems Administrator |
| George Mason Univ. | 4400 University Dr., Fairfax, VA | 09/2000 | present | College Student |
| St. Andrews School | 8804 Postoak Rd., Potomac, MD | 09/1995 | 06/2000 | High School Student |
| Dataprise, Inc. | 12250 Rockville Pk, Rockville, MD | 05/2000 | 09/2000 | Network Engineer |
| Sysuet Communications | 4340 East-West Hwy, Bethesda, MD | 05/1999 | 11/1999 | Network Engineer |

Form N-400 (Rev. 05/31/01)N Page 3

### Part 7. Time Outside the United States
*(Including Trips to Canada, Mexico, and the Caribbean Islands)*

Write your INS "A"- number here:
A A074 832 677

A. How many total days did you spend outside of the United States during the past 5 years?   **36** days

B. How many trips of 24 hours or more have you taken outside of the United States during the past 5 years?   **5** trips

C. List below all the trips of 24 hours or more that you have taken outside of the United States since becoming a Lawful Permanent Resident. Begin with your most recent trip. If you need more space, use a separate sheet of paper.

| Date You Left the United States (Month/Day/Year) | Date You Returned to the United States (Month/Day/Year) | Did Trip Last 6 Months or More? | Countries to Which You Traveled | Total Days Out of the United States |
|---|---|---|---|---|
| 03/23/2000 | 03/30/2000 | ☐ Yes ☒ No | Dominica | 7 |
| 03/20/1999 | 03/27/1999 | ☐ Yes ☒ No | Dominica | 7 |
| 07/25/1998 | 08/01/1998 | ☐ Yes ☒ No | Dominica | 7 |
| 03/21/1998 | 03/28/1998 | ☐ Yes ☒ No | Belize | 7 |
| 08/15/1998 | 08/23/1998 | ☐ Yes ☒ No | Malta, Germany | 8 |
|  |  | ☐ Yes ☐ No |  |  |
|  |  | ☐ Yes ☐ No |  |  |
|  |  | ☐ Yes ☐ No |  |  |
|  |  | ☐ Yes ☐ No |  |  |
|  |  | ☐ Yes ☐ No |  |  |

### Part 8. Information About Your Marital History

A. How many times have you been married (including annulled marriages)?   **0**   If you have NEVER been married, go to Part 9.

B. If you are married, give the following information about your spouse:

1. Spouse's Family Name *(Last Name)*        Given Name *(First Name)*        Full Middle Name *(If applicable)*

2. Date of Birth *(Month/Day/Year)*        3. Date of Marriage *(Month/Day/Year)*        4. Spouse's Social Security Number

5 Home Address - Street Number and Name        Apartment Number

City        State        ZIP Code

Form N-400 (Rev. 05/31/01)N Page 4

| Part 8. Information About Your Marital History *(Continued)* | Write your INS "A"- number here: A **A074 832 677** |

C. Is your spouse a U.S. citizen?   ☐ Yes   ☐ No

D. If your spouse is a U.S. citizen, give the following information:

   1. When did your spouse become a U.S. citizen?   ☐ At Birth   ☐ Other

   If "Other," give the following information:

   2. Date your spouse became a U.S. citizen
   3. Place your spouse became a U.S. citizen *(Please see Instructions)*
      City and State

E. If your spouse is NOT a U.S. citizen, give the following information:

   1. Spouse's Country of Citizenship

   2. Spouse's INS "A"- Number *(If applicable)*   A

   3. Spouse's Immigration Status
     ☐ Lawful Permanent Resident   ☐ Other _____

F. If you were married before, provide the following information about your prior spouse. If you have more than one previous marriage, use a separate sheet of paper to provide the information requested in questions 1-5 below.

   1. Prior Spouse's Family Name *(Last Name)* | Given Name *(First Name)* | Full Middle Name *(If applicable)*

   2. Prior Spouse's Immigration Status
     ☐ U.S. Citizen
     ☐ Lawful Permanent Resident
     ☐ Other _____

   3. Date of Marriage *(Month/Day/Year)*
   4. Date Marriage Ended *(Month/Day/Year)*
   5. How Marriage Ended
     ☐ Divorce   ☐ Spouse Died   ☐ Other _____

G. How many times has your current spouse been married (including annulled marriages)? ☐

   If your spouse has EVER been married before, give the following information about your spouse's prior marriage. If your spouse has more than one previous marriage, use a separate sheet of paper to provide the information requested in questions 1 - 5 below.

   1. Prior Spouse's Family Name *(Last Name)* | Given Name *(First Name)* | Full Middle Name *(If applicable)*

   2. Prior Spouse's Immigration Status
     ☐ U.S. Citizen
     ☐ Lawful Permanent Resident
     ☐ Other _____

   3. Date of Marriage *(Month/Day/Year)*
   4. Date Marriage Ended *(Month/Day/Year)*
   5. How Marriage End
     ☐ Divorce   ☐ Spouse Died   ☐ Other _____

| Part 9. Information About Your Children | Write your INS "A"- number here: |
|---|---|
| | A **A074 832 677** |

A. How many sons and daughters have you had? For more information on which sons and daughters you should include and how to complete this section, see the Instructions.   **0**

B. Provide the following information about all of your sons and daughters. If you need more space, use a separate sheet of paper.

| Full name of Son or Daughter | Date of Birth (Month/Day/Year) | INS "A"- number (if child has one) | Country of Birth | Current Address (Street, City, State & Country) |
|---|---|---|---|---|
| | | A | | |
| | | A | | |
| | | A | | |
| | | A | | |
| | | A | | |
| | | A | | |
| | | A | | |
| | | A | | |

### Part 10. Additional Questions

Please answer questions 1 through 14. If you answer "Yes" to any of these questions, include a written explanation with this form. Your written explanation should (1) explain why your answer was "Yes," and (2) provide any additional information that helps to explain your answer.

**A. General Questions**

1. Have you **EVER** claimed to be a U.S. citizen *(in writing or any other way)*? ☐ Yes  ☒ No
2. Have you **EVER** registered to vote in any Federal, state, or local election in the United States? ☐ Yes  ☒ No
3. Have you **EVER** voted in any Federal, state, or local election in the United States? ☐ Yes  ☒ No
4. Since becoming a Lawful Permanent Resident, have you **EVER** failed to file a required Federal, state, or local tax return? ☐ Yes  ☒ No
5. Do you owe any Federal, state, or local taxes that are overdue? ☐ Yes  ☒ No
6. Do you have any title of nobility in any foreign country? ☐ Yes  ☒ No
7. Have you ever been declared legally incompetent or been confined to a mental institution within the last 5 years? ☐ Yes  ☒ No

Form N-400 (Rev. 05/31/01)N Page 6

| Part 10. Additional Questions *(Continued)* | Write your INS "A"- number here: A **A074 832 677** |

**B. Affiliations**

8. a. Have you **EVER** been a member of or associated with any organization, association, fund, foundation, party, club, society, or similar group in the United States or in any other place?  ☐ Yes  ☒ No

   b. If you answered "Yes," list the name of each group below. If you need more space, attach the names of the other group(s) on a separate sheet of paper.

| Name of Group | Name of Group |
|---|---|
| 1. | 6. |
| 2. | 7. |
| 3. | 8. |
| 4. | 9. |
| 5. | 10. |

9. Have you **EVER** been a member of or in any way associated *(either directly or indirectly)* with:

   a. The Communist Party?  ☐ Yes  ☒ No

   b. Any other totalitarian party?  ☐ Yes  ☒ No

   c. A terrorist organization?  ☐ Yes  ☒ No

10. Have you **EVER** advocated *(either directly or indirectly)* the overthrow of any government by force or violence?  ☐ Yes  ☒ No

11. Have you **EVER** persecuted *(either directly or indirectly)* any person because of race, religion, national origin, membership in a particular social group, or political opinion?  ☐ Yes  ☒ No

12. Between March 23, 1933, and May 8, 1945, did you work for or associate in any way *(either directly or indirectly)* with:

    a. The Nazi government of Germany?  ☐ Yes  ☒ No

    b. Any government in any area (1) occupied by, (2) allied with, or (3) established with the help of the Nazi government of Germany?  ☐ Yes  ☒ No

    c. Any German, Nazi, or S.S. military unit, paramilitary unit, self-defense unit, vigilante unit, citizen unit, police unit, government agency or office, extermination camp, concentration camp, prisoner of war camp, prison, labor camp, or transit camp?  ☐ Yes  ☒ No

**C. Continuous Residence**

Since becoming a Lawful Permanent Resident of the United States:

13. Have you **EVER** called yourself a "nonresident" on a Federal, state, or local tax return?  ☐ Yes  ☒ No

14. Have you **EVER** failed to file a Federal, state, or local tax return because you considered yourself to be a "nonresident"?  ☐ Yes  ☒ No

Form N-400 (Rev. 05/31/01)N Page 7

| Part 10. Additional Questions *(Continued)* | Write your INS "A"- number here: |
|---|---|
| | A  A074 832 677 |

**D. Good Moral Character**

For the purposes of this application, you must answer "Yes" to the following questions, if applicable, even if your records were sealed or otherwise cleared or if anyone, including a judge, law enforcement officer, or attorney, told you that you no longer have a record.

15. Have you EVER committed a crime or offense for which you were NOT arrested? ☐ Yes ☒ No

16. Have you EVER been arrested, cited, or detained by any law enforcement officer (including INS and military officers) for any reason? ☒ Yes ☐ No

17. Have you EVER been charged with committing any crime or offense? ☐ Yes ☒ No

18. Have you EVER been convicted of a crime or offense? ☐ Yes ☒ No

19. Have you EVER been placed in an alternative sentencing or a rehabilitative program (for example: diversion, deferred prosecution, withheld adjudication, deferred adjudication)? ☐ Yes ☒ No

20. Have you EVER received a suspended sentence, been placed on probation, or been paroled? ☐ Yes ☒ No

21. Have you EVER been in jail or prison? ☒ Yes ☐ No

If you answered "Yes" to any of questions 15 through 21, complete the following table. If you need more space, use a separate sheet of paper to give the same information.

| Why were you arrested, cited, detained, or charged? | Date arrested, cited, detained, or charged *(Month/Day/Year)* | Where were you arrested, cited, detained or charged? *(City, State, Country)* | Outcome or disposition of the arrest, citation, detention or charge *(No charges filed, charges dismissed, jail, probation, etc.)* |
|---|---|---|---|
| see attachment | | | |
| | | | |
| | | | |

Answer questions 22 through 33. If you answer "Yes" to any of these questions, attach (1) your written explanation why your answer was "Yes," and (2) any additional information or documentation that helps explain your answer.

22. Have you EVER:

   a. been a habitual drunkard? ☐ Yes ☒ No

   b. been a prostitute, or procured anyone for prostitution? ☐ Yes ☒ No

   c. sold or smuggled controlled substances, illegal drugs or narcotics? ☐ Yes ☒ No

   d. been married to more than one person at the same time? ☐ Yes ☒ No

   e. helped anyone enter or try to enter the United States illegally? ☐ Yes ☒ No

   f. gambled illegally or received income from illegal gambling? ☐ Yes ☒ No

   g. failed to support your dependents or to pay alimony? ☐ Yes ☒ No

23. Have you EVER given false or misleading information to any U.S. government official while applying for any immigration benefit or to prevent deportation, exclusion, or removal? ☐ Yes ☒ No

24. Have you EVER lied to any U.S. government official to gain entry or admission into the United States? ☐ Yes ☒ No

| Part 10. Additional Questions (Continued) | Write your INS "A"- number here: A  A074 832 677 |
|---|---|

### E. Removal, Exclusion, and Deportation Proceedings

25. Are removal, exclusion, rescission or deportation proceedings pending against you? ☐ Yes ☒ No

26. Have you EVER been removed, excluded, or deported from the United States? ☐ Yes ☒ No

27. Have you EVER been ordered to be removed, excluded, or deported from the United States? ☐ Yes ☒ No

28. Have you EVER applied for any kind of relief from removal, exclusion, or deportation? ☐ Yes ☒ No

### F. Military service

29. Have you EVER served in the U.S. Armed Forces? ☐ Yes ☒ No

30. Have you EVER left the United States to avoid being drafted into the U.S. Armed Forces? ☐ Yes ☒ No

31. Have you EVER applied for any kind of exemption from military service in the U.S. Armed Forces? ☐ Yes ☒ No

32. Have you EVER deserted from the U.S. Armed Forces? ☐ Yes ☒ No

### G. Selective Service Registration

33. Are you a male who lived in the United States at any time between your 18th and 26th birthdays in any status except as a lawful nonimmigrant? ☒ Yes ☐ No

If you answered "NO", go on to question 34.

If you answered "YES", provide the information below.

If you answered "YES", but you did NOT register with the Selective Service System and are still under 26 years of age, you must register before you apply for naturalization, so that you can complete the information below:

Date Registered (Month/Day/Year) **11/01/2000**    Selective Service Number **82-0983588-6**

If you answered "YES", but you did NOT register with the Selective Service and you are now 26 years old or older, attach a statement explaining why you did not register.

### H. Oath Requirements   (See Part 14 for the text of the oath)

Answer questions 34 through 39. If you answer "No" to any of these questions, attach (1) your written explanation why the answer was "No" and (2) any additional information or documentation that helps to explain your answer.

34. Do you support the Constitution and form of government of the United States? ☒ Yes ☐ No

35. Do you understand the full Oath of Allegiance to the United States? ☒ Yes ☐ No

36. Are you willing to take the full Oath of Allegiance to the United States? ☒ Yes ☐ No

37. If the law requires it, are you willing to bear arms on behalf of the United States? ☒ Yes ☐ No

38. If the law requires it, are you willing to perform noncombatant services in the U.S. Armed Forces? ☒ Yes ☐ No

39. If the law requires it, are you willing to perform work of national importance under civilian direction? ☒ Yes ☐ No

### Part 11. Your Signature

Write your INS "A"- number here:
A **A074 832 677**

I certify, under penalty of perjury under the laws of the United States of America, that this application, and the evidence submitted with it, are all true and correct. I authorize the release of any information which INS needs to determine my eligibility for naturalization.

Your Signature: *[signed]*

Date (Month/Day/Year): **08/08/2003**

### Part 12. Signature of Person Who Prepared This Application for You (if applicable)

I declare under penalty of perjury that I prepared this application at the request of the above person. The answers provided are based on information of which I have personal knowledge and/or were provided to me by the above named person in response to the *exact questions* contained on this form.

Preparer's Printed Name: **James D. Alexander, Esq.**

Preparer's Signature: *[signed] Jim Alexander*

Date (Month/Day/Year): **08/08/2003**

Preparer's Firm or Organization Name (If applicable): **MAGGIO & KATTAR, P.C..**

Preparer's Daytime Phone Number: **(202) 483-0053**

Preparer's Address - Street Number and Name: **11 Dupont Circle, N.W., Suite 775**

City: **Washington**

State: **DC**

ZIP Code: **20036**

**Do Not Complete Part 13 and 14 Until an INS Officer Instructs You To Do So**

### Part 13. Signature at Interview

I swear (affirm) and certify under penalty of perjury under the laws of the United States of America that I know that the contents of this application for naturalization subscribed by me, including corrections numbered 1 through _____ and the evidence submitted by me numbered pages 1 through _____, are true and correct to the best of my knowledge and belief.

Subscribed to and sworn to (affirmed) before me _____

Officer's Printed Name or Stamp    Date (Month/Day/Year)

Complete Signature of Applicant    Officer's Signature

### Part 14. Oath of Allegiance

If your application is approved, you will be scheduled for a public oath ceremony at which time you will be required to take the following oath of allegiance immediately prior to becoming a naturalized citizen. By signing below, you acknowledge your willingness and ability to take this oath:

I hereby declare, on oath, that I absolutely and entirely renounce and abjure all allegiance and fidelity to any foreign prince, potentate, state, or sovereignty, of whom or which I have heretofore been a subject or citizen;

that I will support and defend the Constitution and laws of the United States of America against all enemies, foreign and domestic;
that I will bear true faith and allegiance to the same;
that I will bear arms on behalf of the United States when required by the law;
that I will perform noncombatant service in the Armed Forces of the United States when required by the law;
that I will perform work of national importance under civilian direction when required by the law; and
that I take this obligation freely, without any mental reservation or purpose of evasion; so help me God.

Printed Name of Applicant

Complete Signature of Applicant

**Addendum for Form N-400  CHERNYY, NIKOLAI**

Addendum to N-400   Part 10. Arrest Information

I was detained in a jail cell for several hours in 1991 by Washington, D.C. police for underage possession of alcohol. I explained that I was transporting beer for use in cooking at a barbeque. After being fingerprinted, I was released without any charges being filed. A copy of a police clearance from the District of Columbia Metropolitan Police confirms that no charges were ever filed against me.

PD 70 REV. 01/93

| Date of Request | METROPOLITAN POLICE DEPARTMENT<br>Washington, D. C.<br>CRIMINAL HISTORY REQUEST | PDID Number |
|---|---|---|
| 8/18/2003 | | -3870 |

Request Record of: (Last, First, Middle Name)
CHERNYY, Nick, Victor

Address
2120 Observatory Pl NW, DC, 20007

| Sex | Race | Birthdate | Place of Birth |
|---|---|---|---|
| M | Wht | 1982 | Ukraine |

Purpose of Request (check one)
☐ Law Enforcement Purposes (not for employment)
☒ Visas*   INS
☐ Employment*/Licensing*
☐ Challenge*

Requesting Agency: 

Call-Back Number:

Signature of Agent:                    Badge No.

Method of Request (Check One)
☐ Mail
☒ In Person
☐ NLET
☐ Telephone

**IDENTIFICATION AND RECORDS DIVISION USE ONLY** -(Check if applicable)
☐ SUBJECT UNDER ARREST        ☐ CORRECT COLOR CODE

| Request Received By | Date and Time Received | Date and Time Returned |
|---|---|---|

**D.C. CODE §1-2530 IS QUOTED HERE FOR YOUR INFORMATION**

It shall be an unlawful practice, punishable by a fine of not more than three-hundred dollars ($300.) or imprisonment for not more than ten (10) days, or both, for any person to require the production of an arrest record or any copy, extract, or statement thereof, at the monetary expense of any individual to whom such record may relate. Such "arrest records" shall contain only listings of convictions and forfeitures of collateral that have occurred within ten (10) years of the time at which such record is requested. (Dec. 13, 1977, D.C. Law 2-38, Title II, §266, 24 DCR 6038).

*I hereby authorize the release of my adult arrest record revealing convictions and forfeitures within the past ten (10) years.

Signature: [signature]                    Date: 8/18/2003

**RESULTS OF CRIMINAL HISTORY FILE SEARCH**
TO: Criminal History Users            ☐ Name Search   ☐ Fingerprint Search

This request concerns information whose collection, dissemination, and use are conditioned and restricted by applicable federal and District of Columbia statutes, and policy of the Metropolitan Police Department. Continued assistance from this department is conditioned upon your strict adherence to these regulations.

WARNING TO APPLYING AGENCIES: The Metropolitan Police Department does not guarantee either the accuracy of the record or that the individual whose record is furnished is actually the same individual whose record was requested. To obtain accuracy, the record of the Court involved should be examined. Positive identification can only be determined by comparable fingerprints. Records of arrests obtained from the Metropolitan Police Department as detailed on this form are for convictions and forfeitures for the past 10 years prior to the date of request of this record, exclusive of periods of imprisonment, if any. This record does not reflect any cases which may be currently pending before the Courts or cases where convictions have been set aside pending appeals.

CHIEF OF POLICE

| Date of Arrest | Charge(s) | Disposition |
|---|---|---|
| | NO RECORD<br>NAME FILE SEARCH<br>AUG 18 2003<br>METROPOLITAN POLICE DEPARTMENT<br>WASHINGTON, D.C. | |

Documents Released:
☐ Criminal History Record        ☐ Photograph        ☐ Other:_____
☐ Prosecution Report            ☐ Fingerprints      ☐ Other:_____

| Date of Record Search | Record Searched By | Release Authorization |
|---|---|---|

GOVERNMENT OF THE DISTRICT OF COLUMBIA

METROPOLITAN POLICE DEPARTMENT

Date:

TO WHOM IT MAY CONCERN:

A review of the arrest records maintained by the Metropolitan Police Department of the District of Columbia, U.S.A.

Does not reveal an arrest conviction for    Mr. Nick Victor Chernyy residing,

at 2120 Observatory Place NW washington DC 20007

date of birth :       '82
social security #         3870

Reveals an arrest conviction of
For

*[signature]*
For Manager, Records Department

I hereby certify that    Mr. Reginald Wilkinson    who signed the above certificate is the official of the Metropolitan Police Department who is duly authorized to execute this certificate and that the signature appearing thereon is his signature.

FL-20
5/03

# VIRGINIA UNIFORM SUMMONS

**AGENCY Case No.** 290 469406 / 01500509

**YOU ARE SUMMONED TO APPEAR IN THE FAIRFAX COUNTY**

- ☒ GENERAL DISTRICT COURT
  4110 Chain Bridge Road
  Fairfax, Virginia 22030
- ☐ Juvenile and Domestic Relations Court
  4000 Chain Bridge Road
  Fairfax, Virginia 22030
- ☐ Other Jurisdiction: _____

☐ CRIMINAL   ☒ TRAFFIC

on July 29, 20 04, at 9:30 ☒ A.M. ☐ P.M.
for violation of ☐ state ☒ county ☐ city ☐ town
law section 82-4-6.4(a-2-7602). Describe charge: DWI

**Commercial Motor Vehicle** — ☐ Yes ☒ No
**Hazardous Materials** — ☐ Yes ☒ No
**Highway Safety Corridor** — ☐ Yes ☒ No

I promise to appear at the time and place shown above. Signing this summons is not an admission of guilt. I certify that my current mailing address is as shown below.

signature: _(signed)_

You must appear at a trial (Juveniles must appear with parent/legal guardian).

☐ You may avoid coming to court only if this block is checked and all instructions on DEFENDANT'S COPY are followed. Only call (SEE REVERSE) if more help is needed.

**MAILING ADDRESS:** ☒ SAME AS ABOVE AT RIGHT   ☐ CHANGE FROM D.L.

**NAME:** LAST Chenault   FIRST Nick   MIDDLE Victor
**RES. ADDRESS:** 3520 Observatory Pl NW
**CITY/TOWN** Washington   **STATE** DC   **ZIP** 20007   **RES. JURIS.** DC

| RACE | SEX | D.O.B. mo. da. yr. | HT. ft. in. | WGT. | EYES | HAIR |
|---|---|---|---|---|---|---|
| W | M | 82 6 0 | 6 0 | 223 | GRN | BRO |

**DL#/CDL#** (If Criminal Offense or no License use SSN) 6548422   **STATE** DC

| YEAR | MAKE | TYPE | LICENSE NO. | YR. | STATE |
|---|---|---|---|---|---|
| 99 | Ford | 4DR | BH4336 | 05 | DC |

**JURIS. OF OFF.** 029   **ACCIDENT** ☐ yes ☒ no   **DAY OF WK.** FRI   **ROUTE NO./STREET** B6501 Gallows Rd

**DIRECTION** S   **DATE OF OFF.** 6/04/04   **TIME** 0930 ☒ A.M. ☐ P.M.

**LOCATION OF OFFENSE:** Gallows Rd / RT 50

**ARREST DATE** same   **ARREST LOCATION** same

**OFFICER** PA Swinchoff   **CITY/TOWN**   **STATE**   **ZIP**   **CODE/BADGE#** 3356

## WAIVER OF TRIAL

...ting this form, I certify that I ... ad the Notice and I am entering ... iting rather than personal ... ence in the court case resulting ... he violation charged on this ... , a trial, which I am giving up. ns. I understand that I have a ... rstand that my plea of guilty ... e the same force and effect as ... ng of guilty by the judge and ... record of my guilty plea to an ... pertaining to the operation of ... r vehicle will be sent to the ... ment of Motor Vehicles (or to ... censing authority which issued ... nse). I further understand that ... blocks to the right labeled ... rcial Motor Vehicle" or ... s Materials" are checked yes, ... is an admission that I was ... ng a commercial motor vehicle ... t it was carrying hazardous ... s at the time of the violation ... , or both, as indicated by the ... arks. Understanding all this, I ... ilty to the violation charged, ... y right to a court hearing, and ... he fine and costs prescribed.

**SIGNATURE** _____   **DATE** _____

**PROCEDURE IF MOTORIST IS A JUVENILE**

...sed is under 18 years of age, signature must be counter-signed by the accused's parent or ...rdian in person at the court, ...rm is mailed to the court, ... s or legal guardian's signature e notarized.

**SIGNATURE** _____ n and subscribed before me this day.

☐ CLERK   ☐ MAGISTRATE   **DATE** _____

**TARY PUBLIC**
**COUNTY** _____   **STATE** _____
nmission expires: _____

## PRETRIAL WAIVER AND PREPAYMENT INSTRUCTIONS

1. Calculate the amount owed from PREPAYABLE FINES AND FEES SCHEDULE if given a copy of schedule by the arresting officer. Otherwise:
   a. Promptly call the telephone number listed on reverse.
   b. If you hear a pre-recorded message, listen to the entire message. Otherwise, tell the person answering the telephone number (if any) that you wish to waive trial and "prepay" the fine and costs. State the exact charge description and law section to pay by credit card, you should ask the court which type of credit card it accepts.
   c. Write down the amount to be paid and any special instructions. District courts accept personal checks and credit cards, but if you wish to pay by credit card, you should ask the court which type of credit card it accepts.
2. Sign and date the WAIVER OF TRIAL on this summons. Also complete "PROCEDURE IF MOTORIST IS A JUVENILE" if you are charged with a motor vehicle offense and are under age 18.
3. Promptly mail or deliver to the court this summons with payment attached. Payment must be received by the court before the trial date. Timely delivery by mail is at the sender's risk.

**P.O. BOX/STREET** _____   **CITY/TOWN** _____   **STATE** _____   **ZIP** _____

**IF PAYMENT IS MADE, ATTACH PAYMENT HERE.**

**READ NOTICE ON REVERSE SIDE**

**HEARING DATE AND TIME** EXP 02-07

# NOTICE OF ADMINISTRATIVE SUSPENSION OF DRIVER'S LICENSE/DRIVING PRIVILEGE
Commonwealth of Virginia    VA. CODE § 46.2-391.2

CASE NO.: 07150-00031

☐ Juvenile and Domestic Relations District Court
☒ General District Court

NAME: **CHERRY** (LAST) **NICK** (FIRST) **NICOL** (MIDDLE)

RESIDENCE ADDRESS: 2120 OBSERVATORY PLACE NW
P.O. BOX/STREET — FAIRFAX, VA — CITY/TOWN — VA — STATE — 22030 — ZIP

Mailing Address: ☒ Same as above  ☐ Change from D.L.

ADDRESS: 2120 OBSERVATORY ROAD, FAIRFAX VA 22030

SOCIAL SECURITY NUMBER: 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

DATE OF BIRTH: ___-__-82

CITY/TOWN: WASHINGTON   STATE: DC   ZIP: 20007

☒ Male  ☐ Female

Driver's License surrendered pursuant to Virginia Code § 46.2-391.2: ☐ yes ☒ no

DRIVER'S LICENSE NO.: 4598411   STATE OF LICENSE: WASHINGTON DC

VUS NO.: _____

☐ Virginia license otherwise suspended or revoked.

**YOU ARE HEREBY NOTIFIED THAT YOUR PRIVILEGE TO DRIVE IN VIRGINIA IS SUSPENDED, AND ANY DRIVER'S LICENSE ISSUED TO YOU BY THE COMMONWEALTH OF VIRGINIA IS ALSO HEREBY SUSPENDED, FOR A PERIOD OF SEVEN DAYS, AS OF THE DATE AND TIME STATED BELOW, PURSUANT TO VIRGINIA CODE § 46.2-391.2, BECAUSE:**

☒ You have submitted to a breath test pursuant to Virginia Code § 18.2-268.2, or a similar local ordinance, and the results show a blood alcohol content of 0.08 percent or more by weight by volume or 0.08 grams or more per 210 liters of breath, which has led to the issuance of a petition, summons or warrant against you for a violation of Virginia Code §§ 18.2-51.4, 18.2-266 or a similar local ordinance, or

☐ A petition, summons or warrant has been issued against you because of your refusal to submit to a breath test in violation of Virginia Code § 18.2-268.3, or a similar local ordinance.

You must surrender any driver's license you hold issued by the Commonwealth of Virginia to the arresting officer, who will deliver it to the magistrate, who will forward it to the clerk of the Court for the City/County noted at the top of this form.

The clerk of the Court will return your license to you at the end of the seven day suspension period or the first day thereafter that is not a weekend or holiday, unless your license is otherwise suspended or revoked. You may pick up your license at the clerk's office at the end of the seven day period or you may make arrangements to have the clerk mail your license to you. (See reverse side.)

You may request that the Court named above review the suspension. In order to do so, you must file with the clerk of the above identified court a MOTION FOR REVIEW OF ADMINISTRATIVE SUSPENSION OF DRIVER'S LICENSE/DRIVING PRIVILEGE on a form available at the clerk's office. The court is authorized to rescind the suspension only if you prove by a preponderance of the evidence that the arrest or that the magistrate did not have probable cause for the arrest or that there was no probable cause for the issuance of the petition.

Executed by serving a copy of this Notice of Administrative Suspension on the above identified driver, in person, on this date and time.

___11/11 0325___ ☒ am. ☐ p.m.    DATE AND TIME

NAME OF ARRESTING OFFICER: P.O. SLUGHART II

SIGNATURE OF ARRESTING OFFICER: _____

BADGE NO.: 2350   AGENCY: FAIRFAX CO. P.D.

FORM DC-201 (FRONT) 1/99    PC    (1146-010 1/03)

# RECOGNIZANCE
Va. Code §§ 19.2-123, 19.2-258

HEARING DATE & TIME: 07/29/2004  09:30 AM

Case No. ..................

Court – City or County: Fairfax County Gen Dist - Traffic

☐ Commonwealth of Virginia  v.
☒ Fairfax County

Court – Street Address: 4110 Chain Bridge Road Fairfax, VA 22030

Defendant – Name (Last name first, then first name and initials): Cherny, Nick Victor

Defendant – Residential Address and Telephone Number: 2120 Observatory Place NW Washington, DC 20007

Mailing address: ☒  Same as above ☐

Offenses Charged: Drive while intoxicated

**I, THE DEFENDANT**, by signing this form, promise to appear in court on the date and time noted above. If this date, time or place is changed for any reason by any court or judge, I also promise to appear as so directed. I understand that I ☒ may ☐ may not leave the Commonwealth of Virginia until my case, and any appeals in my case, are finished. I further agree to keep the peace and be of good behavior and agree to the conditions listed below ☐ and any other conditions listed on the reverse.

**I UNDERSTAND THAT:** (1) If I fail to obey any of the above terms and conditions, I may be ARRESTED and, if a bond was posted, the court may forfeit (collect on) the bond; (2) if I fail to appear, the court may try and convict me in my absence; (3) if I fail to appear in Circuit Court on a misdemeanor charge, I give up my right to a jury trial; (4) failure to appear is a separate crime; (5) I must promptly notify the court of any change in my mailing address or where I live while this case is pending.

I certify that this document contains my current mailing address. _____
                                                                                              Defendant

( ☐ check if applicable) The defendant is released into the custody of the person/organization named below upon completion of this part: By signing this part, the custodian named below agrees to take custody of the defendant and see that the defendant obeys the conditions listed above. If the defendant disappears or does not obey every condition, the custodian promises to notify the court at once.

Custodian — Name and Address                     Signature of Custodian

**BOND AS CONDITION OF RECOGNIZANCE:** By signing this Bond, the defendant and each person signing as surety agree that they and their heirs and assigns owe the sum of $ .................. to ☐ the Commonwealth of Virginia ☐ Locality whose laws are alleged to have been violated. This debt is: ☐ UNSECURED ☐ SECURED BY ☐ Cash ☐ Surety Bail Bondsman ☐ Property Bail Bondsman (DC-332, attached) ☐ Other Solvent Surety(ies) whose ability to pay this debt is measured by the value of real or personal property which they own and who further swear or affirm that the value of such property (after subtracting debts that are liens against the property such as mortgages, unpaid judgments, and unpaid tax liens) equals or exceeds the amount of this bond, (DC-332, attached). Each person who signs this bond agrees to the bond terms on both sides of this form and the terms on the other side are incorporated by reference.

Insert each surety's name, address, telephone number, date of birth (if applicable) and the name of authorized agent(s)/attorney(s)-in-fact:

................................................ _____ (SEAL)
                                                            DEFENDANT

................................................ _____ (SEAL)
                                                            SURETY

................................................ _____ (SEAL)
                                                            SURETY

**ADMITTANCE TO BAIL:** After I explained the conditions and warnings contained in this document, the defendant and each person signing as surety swore or affirmed to fulfill the recognizance and, if any, the bond. I order the defendant released on the conditions listed in this document.

_____
☐ CLERK ☒ MAGISTRATE ☐ JUDGE

_____
JURISDICTION (IF DIFFERENT FROM COURT)

_____
DATE AND TIME

# ARRANT OF ARREST–MISDEMEANOR (LOCAL)

*fax County*

VA. CODE §§ 19.2-71, -72

CITY OR COUNTY

☐ Juvenile and Domestic Relations District Court
☐ General District Court   ☐ Criminal  ☒ Traffic

**ANY AUTHORIZED OFFICER:**
You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about 06/04/2004, did unlawfully in violation of Section 1-5 / 18.2-266

_____ Code or Ordinances of this city, county, or town:

*to operate a motor vehicle while having a blood alcohol concentration of 0.08 percent or more by weight by volume or 0.08 grams or more per 210 liters of breath, or while under the influence of alcohol, or while under the influence of any narcotic drug or any other self-administered intoxicant or drug, of whatsoever nature, or any combination of such drugs, to a degree which impairs his ability to drive or operate a motor vehicle safely, or while under the combined influence of alcohol and any drug or drugs to a degree which impairs the accused's ability to drive or operate a motor vehicle safely.*

The undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of

Ofc. Shuford P.D. #3356 FxCo .............., Complainant.

☐ Execution by summons permitted  ☐ not permitted.
       permitted at officer's discretion.

DATE AND TIME ISSUED: 06/04/2004  03:23 AM

_Roberta Ann Matson #031, Magistrate_
☐ CLERK ☐ MAGISTRATE ☐ JUDGE

**SUMMONS** (If authorized above and by serving officer)
You are hereby commanded to appear before this court located at _____
_____ at _____ AM/PM
I promise to appear in accordance with this Summons and certify that my mailing address as shown on it is correct.

_____ ACCUSED

**WARNING TO ACCUSED:** You may be tried and convicted in your absence if you fail to appear in response to this Summons. Willful failure to appear is a separate offense. SIGNING THIS NOTICE DOES NOT CONSTITUTE AN ADMISSION OF GUILT.

VDC-315 9/94 PC   (14.3-010 2/04)

---

CASE NO. _____

HEARING DATE AND TIME: 07/29/2004  09:30 AM

ACCUSED: Chaavin, Nick Victor
LAST NAME, FIRST NAME, MIDDLE NAME
2120 Observatory Place NW
Washington, DC 20007
ADDRESS/LOCATION

☐ To be completed upon service as Summons
Mailing address ☐ Same as above
COMPLETE DATA BELOW IF KNOWN

| RACE | SEX | BORN MO. | DAY | YR. | HT. FT. | IN. | WGT. | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|---|
| W | M |  |  | 82 | 6 |  | 220 | GR | BR |

SSN: _____

☐ CITY  ☐ COUNTY  ☐ TOWN of  Fairfax County

## WARRANT of ARREST
### CLASS MISDEMEANOR

☒ EXECUTED by arresting the Accused named above on this day:
☐ EXECUTED by summoning the Accused named above on this day:
☐ For legal entities other than individuals, service pursuant to Va. Code § 19.2-76.

06/04/04  0324
R.D. Shuford I
DATE AND TIME OF SERVICE

3356 FxCoPD 029
BADGE NO. AGENCY AND JURISDICTION  ARRESTING OFFICER

_____ SHERIFF

for _____
Attorney for the Accused: _____

**I. ACKNOWLEDGMENT OF SUSPENSION OR REVOCATION OF DRIVER'S LICENSE**

Commonwealth of Virginia   Va. Code §§ 19.2-354, 19.2-358, 46.2-395

CASE NO. 704-106587

[ ] Juvenile and Domestic Relations District Court
[x] General District Court

FAIRFAX COUNTY GENERAL DISTRICT COURT
CITY/COUNTY

4110 CHAIN BRIDGE ROAD   FAIRFAX, VIRGINIA 22030
COURT ADDRESS

Cheray Nick Victor
NAME OF DEFENDANT/JUVENILE

DL NO. 9598422 (DC)   SSN ..................

..................
RESIDENCE ADDRESS

..................
MAILING ADDRESS IF DIFFERENT FROM ABOVE

I acknowledge that I have been notified that my driver's license/driving privilege:

[✓] is suspended or revoked for a period of 12 mths effective 7-29-04 ........................ as a result of

   [✓] my conviction by this court or [ ] by the .................................................. Court.

   [ ] action taken by the Virginia Department of Motor Vehicles pursuant to Va. Code § 46.2-390.1 for the Court's conviction or finding of facts sufficient to convict the offender of violating the drug laws (Va. Code §§ 18.2-247 through 18.2-264) of this Commonwealth.

   [ ] determination by the Virginia Department of Motor Vehicles [ ] declaration by .................... Court that I am a habitual offender

[ ] has been suspended effective ........ PAID ........ pursuant to Va. Code § 46.2-395 as a result of my failure to pay all or part of my fines, costs, forfeiture, restitution, and/or penalty of $ 467 ........ or suspended effective ................................ if the Alcohol Safety Action Program fee of $ 400.00 is not paid by that date.

I further certify that on this date this notice was read, understood by me, a copy given to me and that my license

[ ] WAS  [✓] WAS NOT  surrendered to this Court.

7/29/04 _____   Witnessed by: Barbara _____
DATE        DEFENDANT

SEE PART I ON THE BACK OF THIS FORM FOR FURTHER STIPULATIONS, WARNINGS AND INFORMATION CONCERNING THIS ACKNOWLEDGMENT WHICH ARE HEREBY INCORPORATED BY REFERENCE.

**II. PETITION**   [ ] FOR DEFERRED PAYMENT   [ ] FOR INSTALLMENT PAYMENTS
   [ ] DEFERRED FOR COMMUNITY SERVICE (for fines and costs only)

[ ] I, the undersigned, cannot pay the $.................. fines, costs, forfeiture, restitution and/or penalty imposed on me in a single payment at this time. Therefore, I petition the Court to allow me to pay the fines, costs, forfeiture, restitution and/or penalty

   [ ] in installment payments [ ] in a deferred payment in full [ ] by community service work (for fines and costs only).

SEE PART II ON THE BACK OF THIS FORM FOR FURTHER STIPULATIONS, WARNINGS AND INFORMATION CONCERNING THIS ACKNOWLEDGMENT WHICH ARE HEREBY INCORPORATED BY REFERENCE.

..................   ..................
DATE                DEFENDANT/PETITIONER

..................   ..................
DEFENDANT/PETITIONER TELEPHONE NUMBER   EMPLOYER NAME

..................   ..................
DEFENDANT/PETITIONER MONTHLY INCOME   EMPLOYER ADDRESS

It is ordered that the petitioner   [ ] make .............. installment payments of $ ............ per .......... ,
   beginning .............................. ; or
                  DATE

   [ ] make a deferred payment in full on or before ..........................
                                              DATE

   [ ] complete community service (fines and costs only) on or before ..........................
                                                                DATE

..................
DATE   [ ] JUDGE   [ ] CLERK

# NOTICE OF APPEAL — CRIMINAL

Commonwealth of Virginia    VA. CODE §§ 16.1-132, 16.1-133

CASE NO. T041101658

[X] General District Court
[ ] Juvenile and Domestic Relations District Court

CITY OR COUNTY: FAIRFAX

DATE OF CONVICTION: 7/29/04

STREET ADDRESS OF CIRCUIT COURT: 4110 CHAIN BRIDGE ROAD, FAIRFAX, VA 22030

TELEPHONE: 691-7320

The undersigned, appeal my conviction to the Circuit Court of this city or county. I understand that this appeal may be withdrawn any time prior to the hearing date set for my case. My case is scheduled to be called for [X] trial [ ] setting of trial date on ............... in the Circuit Court, which is located at ...............

DATE AND TIME OF APPEARANCE: 5-10-7-04  10 a.m.

WARNING—You are subject to trial and conviction in your absence if you fail to appear for your case in the Circuit Court. Failure to appear shall be deemed a waiver of your right to trial by jury in this case. Failure to appear may also constitute a separate criminal offense.

I understand that if this appeal is withdrawn within 10 days after my conviction in this District Court, no additional costs will be taxed against me; otherwise, additional costs will be incurred in Circuit Court. I also understand that upon withdrawal of this appeal, I must comply with the terms of my sentence.

I promise to appear before the Circuit Court of this jurisdiction at the date and time shown.

DATE OF APPEAL: 7-29-04

APPELLANT: [signature]

by ................ ATTORNEY FOR APPELLANT

NOTICE:
Promptly communicate with the Clerk of the Circuit Court of this jurisdiction concerning the subpoenaing of witnesses and requesting jury trial and your right of representation by a lawyer if you do not have a lawyer. If your case is scheduled for trial, you MUST be present and ready for trial at the "date and time of appearance" shown above.

## WITHDRAWAL

I, the undersigned, withdraw my appeal in this case.

DATE: ..............

APPELLANT: [signature] Christy Nish Vicson
2120 Observatory Pl NW
Washington DC 20007

by .............. ATTORNEY FOR APPELLANT

## COURT USE ONLY

[ ] Release on $ .............. (SECURED)
$ .............. (UNSECURED)
[ ] Not eligible for bail

FORM DC-370 12/99 PC    (1143-010 6/03)

(handwritten margin notes: phone numbers 703-244-4510, 703-993-4355; NWL NBN Jury 7-29-04)