UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NIKOLAI CHERNYY<br>2120 Observatory Place, NW<br>Washington, DC 20007<br>CIS File No. A74 832 676<br><br>   Plaintiff<br><br>  v.<br><br>PHYLLIS HOWARD, District Director<br>Washington Field Office<br>US Citizenship & Immigration Service<br>2675 Prosperity Avenue<br>Fairfax, VA 22031<br><br>EMILIO T. GONZALEZ, Director<br>U.S. Citizenship & Immigration Services<br>20 Massachusetts Avenue, N.W.<br>Washington, DC 20529<br><br>MICHAEL CHERTOFF, Secretary<br>U.S. Department of Homeland Security<br>425 Murray Drive, Building 410<br><br>ROBERT S. MEULLER, Director<br>Federal Bureau of Investigation<br>J. Edgar Hoover Building<br>935 Pennsylvania Avenue, N.W.<br>Washington, DC 20535<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No: 06-2027 (HHK)<br>  ECF |

## **PRAECIPE**

The Clerk of Court will please enter the appearance of Assistant United States Attorney Andrea McBarnette, as counsel of record for the above named Defendants.

Respectfully submitted,


_____/S/_____
ANDREA McBARNETTE, D.C. Bar  # 483789
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Attorney appearance was filed via the Court's Electronic Case Filing (ECF) on this **4th** day of **January 2007** and is expected to be served by the Court's electronic transmission facilities on: **Michael Maggio**.

**Michael Maggio**
**MAGGIO & KATTAR**
**11 Dupont Circle, NW**
**Suite 775**
**Washington, DC 20036**

　　　　　　　　　　　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　　　　　ANDREA McBARNETTE, D.C. Bar  #483789
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　Judiciary Center Building
　　　　　　　　　　　　　　　　　　555 Fourth Street, N.W.,
　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　(202) 514-7153