AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 12/28/2006 |
| NAME OF SERVER *(PRINT)* Satsita Muradova | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

    ☐  Served personally upon the defendant. Place where served: _____

    ☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

        Name of person with whom the summons and complaint were left: _____

    ☐  Returned unexecuted: _____

    ☒  Other (specify): Via Federal Express Priority Overnight, pre-paid by sender

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   12/28/2006
              Date

*Signature of Server*

MAGGIO & KATTAR
11 Dupont Circle NW
Suite 775
Washington, DC 20036
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# FedEx Express — US Airbill

**Sender's Copy**

FedEx Tracking Number: 8594 7736 8397
Form ID No.: 0215

**1 From** *Please print and press hard.*

- Date: 12/28/2006
- Sender's FedEx Account Number: 1009-6672-7
- Sender's Name: Satsita Muradova
- Phone: (202) 483-0052
- Company: MAGGIO & KATTAR PC
- Address: 11 DUPONT CIR NW STE 775
- City: WASHINGTON   State: DC   ZIP: 20036-1230

**2 Your Internal Billing Reference:** 06-1324

**3 To**

- Recipient's Name: Robert S. Mueller
- Phone: ( )
- Company: Federal Bureau of Investigation
- Recipient's Address: Hoover J. Edgar Building
- Address: 935 Pennsylvania Avenue, NW
- City: Washington   State: DC   ZIP: 20535

0345982692

**4a Express Package Service** — Packages up to 150 lbs.

- [X] FedEx Priority Overnight
- [ ] FedEx Standard Overnight
- [ ] FedEx First Overnight
- [ ] FedEx 2Day
- [ ] FedEx Express Saver

**4b Express Freight Service** — Packages over 150 lbs.

- [ ] FedEx 1Day Freight
- [ ] FedEx 2Day Freight
- [ ] FedEx 3Day Freight

**5 Packaging**

- [X] FedEx Envelope*
- [ ] FedEx Pak*
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

**6 Special Handling** — Include FedEx address in Section 3.

- [ ] SATURDAY Delivery
- [ ] HOLD Weekday at FedEx Location
- [ ] HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods? One box must be checked.
- [X] No
- [ ] Yes — As per attached Shipper's Declaration
- [ ] Yes — Shipper's Declaration not required
- [ ] Dry Ice, 9, UN 1845 ___ x ___ kg
- [ ] Cargo Aircraft Only

**7 Payment** Bill to:

- [X] Sender
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

Total Packages: 1
Total Weight:
Total Declared Value: $ .00

**8 NEW Residential Delivery Signature Options**

- [ ] No Signature Required
- [ ] Direct Signature
- [ ] Indirect Signature

519

Rev. Date 11/05•Part #158279•©1994–2005 FedEx•PRINTED IN U.S.A.•SRS

Schedule a pickup at fedex.com
Simplify your shipping. Manage your account. Access all the tools you need.

**FedEx**

US Home | Información Center | Customer Support | Site Map
Español

Package/Envelope Services | Office/Print Services | Freight Services | Expedited Services
Ship | Track | Manage My Account | International Tools

**Track Shipments**
**Detailed Results**

Printable Version | Quick Help

| | | | |
|---|---|---|---|
| Tracking number | 859477368397 | Reference | 06-4324 |
| Signed for by | M.TAYLOR | Destination | WASHINGTON, DC |
| Ship date | Dec 28, 2006 | Delivered to | FedEx Location |
| Delivery date | Dec 29, 2006 9:43 AM | Service type | Priority Envelope |
| Status | Delivered | | |

**Wrong Address?** Reduce future mistakes by using FedEx Address Checker.

**Tracking a FedEx SmartPost Shipment?** Go to shipper login

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Dec 29, 2006 | 9:43 AM | Delivered | WASHINGTON, DC | |
| | 8:16 AM | Held at FedEx location for recipient pickup | WASHINGTON, DC | Package available for pickup at: 1501 ECKINGTON PL NE |
| Dec 28, 2006 | 10:26 PM | At local FedEx facility | WASHINGTON, DC | |
| | 10:24 PM | Left origin | WASHINGTON, DC | |
| | 6:31 PM | Picked up | WASHINGTON, DC | |

Signature proof | E-mail results | Track more shipments

**Subscribe to tracking updates (optional)**

Your Name: _____    Your E-mail Address: _____

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |

Select format: ⦿ HTML  ○ Text  ○ Wireless

Add personal message:
Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions    Submit