AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 11/30/2006 | |
| NAME OF SERVER *(PRINT)*  Michael Maggio | TITLE Attorney | |

*Check one box below to indicate appropriate method of service*

**G** Served personally upon the defendant. Place where served: _____

_____

**G** Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

**G** Returned unexecuted: _____

_____

_____

**☒** Other (specify):  Via First Class Mail, certified. Postage pre-paid. _____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-30-2006
_____
Date

*Signature of* **MAGGIO KATTAR**
11 Dupont Circle NW
Suite 775
Washington, DC 20036
_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br><br>B. Received by ( *Printed Name*)   C. Date of Delivery<br>DEC 0 8 2008 |

1. Article Addressed to:

D. Is delivery address different from item 1?  ☐ Yes
    If YES, enter delivery address below:  ☐ No

Jeffrey Taylor
U.S. Attorney for the District of Columbia
555 4th Street NW
Washington, DC 20530

Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

Restricted Delivery? (*Extra Fee*)    ☐ Yes

2. Article Number
   (*Transfer from service label*)

7006 0100 0002 6165 8158

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540