AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Nikolai CHERNYY

   Plaintiff(s)  )
           ) **APPEARANCE**
           )
   vs.      ) CASE NUMBER 06-2027
Phyllis HOWARD, Emilio GONZALEZ, )
Michael CHERTOFF, Robert MUELLER )
   Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Thomas K. Ragland__ as counsel in this
            (Attorney's Name)

case for: __Nikolai CHERNYY__
     (Name of party or parties)

1/18/2007
Date

_[signature]_
Signature

Thomas K. Ragland
Print Name

501021
BAR IDENTIFICATION

11 Dupont Circle, Suite 775
Address

Washington, DC 20036
City  State  Zip Code

(202) 483-0053
Phone Number