UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NIKOLAI CHERNYY )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>PHYLLIS HOWARD, District Director )<br>Washington Field Office )<br>US Citizenship & Immigration Service, )<br>et. al )<br>)<br>Defendants. ) | Case No: 06-2027 (HHK) |

### STIPULATION OF DISMISSAL

Pursuant to the Federal Rules of Civil Procedure 41(a)(1), the parties, Plaintiff Nikolai Chernyy and Defendants, Phyllis Howard, District Director of the Washington Field Office of the US Citizenship & Immigration Service, et al, through their respective counsel, hereby voluntarily dismiss the above captioned case, each side to bear its own costs and fees.

IN WITNESS WHEREOF, the parties hereto, intending to be bound, have stipulated and agreed to the foregoing.

_____ /s/
MICHAEL MAGGIO
THOMAS RAGLAND
Maggio & Kattar
11 Dupont Circle, NW
Suite 775
Washington, DC 20036

Counsel for Plaintiff

_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____ /s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney.

_____ /s/ 2/2/07
ANDREA McBARNETTE, D.C. Bar # 483789
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530

Counsel for Defendants